IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., a Texas corporation,<br><br> Plaintiffs,<br><br>v.<br><br>LEMURIA COMMUNICATIONS, INC., a Florida corporation,<br><br> Defendants. | § Case No. 2:13-cv-399<br>§<br>§<br>§<br>§<br>§<br>§ **JURY TRIAL DEMANDED**<br>§<br>§<br>§<br>§ |

## JURY DEMAND

Plaintiff ExitExchange Corp., ("ExitExchange") demands trial by jury on all claims and issues so triable.

Respectfully submitted,

Dated: May 10, 2013

    By: /s/ Elizabeth L. DeRieux
      Susan D. Pitchford
      (*To Be Admitted Pro Hac Vice*)
      Kevin L. Russell
      (*To Be Admitted Pro Hac Vice*)
      CHERNOFF VILHAUER LLP
      601 SW Second Avenue
      Suite 1600
      Portland, OR 97204
      Telephone: (503) 227-5631
      Facsimile: (503) 278-4373
      Email: sdp@chernofflaw.com
      Email: Kevin@chernofflaw.com

      S. Calvin Capshaw
      State Bar No. 03783900
      Elizabeth L. DeRieux
      State Bar No. 05770585
      Jeffrey D. Rambin
      State Bar No. 00791478
      CAPSHAW DERIEUX, L.L.P.

        114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: jrambin@capshawlaw.com

ATTORNEYS FOR PLAINTIFF
EXITEXCHANGE, CORP.