AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas, Marshall Division

| | | |
|---|---|---|
| ExitExchange Corp. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 2:13-cv-399 | |
| | ) | |
| Lemuria Communications, Inc. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Lemuria Communications, Inc.
C/O Secretary of State
P.O. Box 6327
Tallahassee, FL 32314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Elizabeth L. DeRieux, Capshaw DeRieux, LLP, 114 E. Commerce Ave. Gladewater, Texas 75647

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*David Maland*

Date: 5/23/13

Signature of Clerk or Deputy Clerk



FLORIDA DEPARTMENT OF STATE
Division of Corporations

June 3, 2013



ELIZABETH L. DERIEUX, ESQ.
114 E. COMMERCE AVENUE
GLADEWATER, TX 75647

Pursuant to Chapter 48.091, 48.041, 48.071, 48.061 or 48.194, Florida Statutes, a copy of the process and initial pleading, case number 2:13-cv-399, was accepted for LEMURIA COMMUNICATIONS, INC., and was filed on May 28, 2013, at 04:00 PM.

Plaintiff(s)

EXITEXCHNAGE CORP.,

-vs-

Defendant(s)

LEMURIA COMMUNICATIONS, INC.,

THE SECRETARY OF STATE DOES NOT FORWARD DOCUMENTATION TO THE DEFENDANT.

All inquiries on behalf of the defendant should be made to the attorneys involved. Yvette McGee
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 213A00013796

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314