UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.:  2:13-cv-399

Name of party requesting extension:  Lemuria Communications, Inc.

Is this the first application for extension of time in this case?   [x] Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[ ] No

If no, please indicate which application this represents:   [ ] Second
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[ ] Third
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[ ] Other _____

Date of Service of Summons:  05/28/13

Number of days requested:   [ ] 30 days
　　　　　　　　　　　　　　　　　　[ ] 15 days
　　　　　　　　　　　　　　　　　　[x] Other   9   days

New Deadline Date:  06/27/13       *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name:  Elizabeth L. DeRieux

State Bar No.:  05770585

Firm Name:  Capshaw DeRieux, LLP

Address:  114 E. Commerce Ave.
　　　　　　　Gladewater, Texas 75647

Phone:  903-236-9800

Fax:  903-236-8787

Email:  ederieux@capshawlaw.com

A certificate of conference does not need to be filed with this unopposed application.