UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:13-cv-399

Name of party requesting extension: Lemuria Communications, Inc.

Is this the first application for extension of time in this case?
- [ ] Yes
- [x] No

If no, please indicate which application this represents:
- [x] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 05/28/13

Number of days requested:
- [ ] 30 days
- [x] 15 days
- [ ] Other ____ days

New Deadline Date: 07/12/13    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Elizabeth L. DeRieux
State Bar No.: 05770585
Firm Name: Capshaw DeRieux, LLP
Address: 114 E. Commerce Ave.
Gladewater, Texas 75647

Phone: 903-236-9800
Fax: 903-236-8787
Email: ederieux@capshawlaw.com

A certificate of conference does not need to be filed with this unopposed application.