IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation | § § | |
| *Plaintiff,* | § § | |
| vs. | § | Case 2:13-cv-00399-JRG |
| | § | |
| LEMURIA COMMUNICATIONS, INC., | § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § | |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

Came on for consideration Defendant Lemuria Communications, Inc.'s Motion to Dismiss (Dkt. 12). The Court finds it to be without merit, and is therefore DENIED.