IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP., a Texas corporation, | § § § | Case No. 2:13-cv-399 |
| Plaintiffs, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| LEMURIA COMMUNICATIONS, INC., a Florida corporation, | § § § | |
| Defendants. | § § | |

**PLAINTIFF EXITEXCHANGE CORP.'S NOTICE OF DISCLOSURES**

Plaintiff ExitExchange Corp. ("ExitExchange") hereby notifies the Court that pursuant to the Court's August 7, 2013 Order (Dkt. 16) and P.R. 3-1 and P.R. 3-2, it served its Infringement Contentions on Lemuria Communications, Inc. via electronic mail and/or ftp link.

Respectfully submitted,

Dated:  August 23, 2013

By: /s/ Elizabeth L. DeRieux
Susan D. Pitchford
(*To Be Admitted Pro Hac Vice*)
Kevin L. Russell
(*To Be Admitted Pro Hac Vice*)
CHERNOFF VILHAUER LLP
601 SW Second Avenue
Suite 1600
Portland, OR 97204
Telephone: (503) 227-5631
Facsimile: (503) 278-4373
Email: sdp@chernofflaw.com
Email: Kevin@chernofflaw.com

S. Calvin Capshaw
State Bar No. 03783900

1

        Elizabeth L. DeRieux  
        State Bar No. 05770585  
        Jeffrey D. Rambin  
        State Bar No. 00791478  
        CAPSHAW DERIEUX, L.L.P.  
        114 E. Commerce Ave.  
        Gladewater, Texas 75647  
        Telephone: (903) 236-9800  
        Facsimile: (903) 236-8787  
        Email: ccapshaw@capshawlaw.com  
        Email: ederieux@capshawlaw.com  
        Email: jrambin@capshawlaw.com  

        ATTORNEYS FOR PLAINTIFF  
        EXITEXCHANGE, CORP.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 23rd day of August, 2013, with a copy of this document via electronic mail, facsimile transmission and/or first class mail on this same date.

        /s/ Elizabeth L. DeRieux

2